UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, ROOM 437
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
DAVID A. MARKOWITZ
TELEPHONE: (212) 336-0128
FACSIMILE: (212) 336-1350

March 5, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
MAR 06 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Via Hand

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *SEC v. Douglas M. Beahm and James P. Crilly*, 08 Civ. 02209 (HB)

Dear Judge Baer,

    I represent the plaintiff in the above-referenced action, and write to provide a courtesy copy of the complaint in the action, which was filed earlier today, as well as proposed final consent judgments as to defendants Douglas M. Beahm and James P. Crilly. The original consents and proposed final judgments were tendered to the judgment clerk, and we understand that the judgment clerk will be forwarding the originals to Your Honor.

    The complaint alleges that the defendants, in violation of Section 10(b) of the Securities and Exchange Act of 1934 and Rule 10b-5 thereunder, engaged in insider trading in the securities of Del Laboratories, Inc. ("Del"), while in possession of material non-public information that Del was to be acquired. Plaintiff Commission and defendants Beahm and Crilly have agreed to the proposed settlements of this action. If approved, the proposed final judgments would resolve this action in its entirety.

    We respectfully request that the Court approve and enter the proposed final judgments.

Respectfully submitted,

David A. Markowitz
Attorney for Plaintiff

Encls.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.

[Handwritten note from Judge: "To the clerk, I have read the judgments please ensure that you have removed my certain... from my signature"]

cc: Christopher B. Wells, Esq.
Lane Powell
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Counsel for Defendant Douglas M. Beahm

James P. Crilly, *pro se*
509 Lannon Lane
Glen Gardner, New Jersey 08826-3817

Endorsement:

    To the Clerk of the Court - I have signed the judgments please be certain that you close this case and remove it from my docket.